# INSTALLMENT FEES

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

**04 CV 10442 RCL**

In re:   )
)   Case No. 03-17429
**THE MCCABE GROUP,**   )
)   Chapter 11
    Debtor.   )
)   JAN 22 '04 PM 1:00 USB

## NOTICE OF APPEAL

The Meglon Domestic Non-Grantor Trust, a creditor in the above-captioned bankruptcy case and appellant in this appeal ("Appellant"), pursuant to 28 U.S.C. §158(a)(1), appeals from the Order On Motion For Extension of Time entered on January 13, 2004.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Meglon Domestic Non-Grantor Trust<br>c/o Petros Eliopulos<br>2303 Table Rock Road<br>Boise, Idaho 83712 | Charles F. Vihon<br>4738 Howard Avenue<br>Western Springs, Illinois 60558<br>708.246.6565 |
| The McCabe Group<br>151 Merrimac Street<br>P.O. Box 9147<br>Boston, Massachusetts 02114 | David J. Reier<br>Robert Somma<br>William Hanlon<br>SEYFARTH SHAW, LLP<br>World Trade Cenyter East<br>Two Seaport Lane - Suite 300<br>Boston, Massachusetts 02210<br>617.946.4800 |
| Official Committee of Unsecured Creditors<br>c/o Jeffrey D. Sternklar<br>DUANE MORRIS, LLP<br>470 Atlantic Avenue - Suite 500<br>Boston, Massachusetts 02210 | Jeffrey D. Sternklar<br>DUANE MORRIS, LLP<br>470 Atlantic Avenue - Suite 500<br>Boston, Massachusetts 02210<br>617.289.9200 |



FOR THE MEGLON DOMESTIC
NON-GRANTOR TRUST:

_____
Charles F. Vihon (ARDC# 2901498)
4738 Howard Avenue
Western Springs, Illinois 60558
708.246.6565.

Dated this 21st day of January, 2004.