UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:                                      )
                                            )
        THE MCCABE GROUP,                   )   Civil Action No. 04-10442-RCL
                                            )
                Debtor.                     )
                                            )

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:

Robert Somma                                Jeffrey D. Sternklar
SEYFARTH SHAW                               DUANE MORRIS, LLP
World Trade Center East                     470 Atlantic Avenue - Suite 500
Two Seaport Lane - Suite 300                Boston, Massachusetts 02210
Boston, MA 02210

**PLEASE TAKE NOTICE** that on Friday, March 19, 2004, I, Charles F. Vihon, an attorney, did send by Federal Express to the Clerk, United States District Court, District of Massachusetts, an original and two copies and to each of the above-identified persons, by first class U.S. Mail, postage pre-paid, a copy of Appellant's Opening Brief.

By: _____
Charles F. Vihon (ARDC# 2901498)
4738 Howard Avenue
Western Springs, Illinois 60558
708.246.6565.

# CHARLES F. VIHON

COUNSELOR/ATTORNEY AT LAW

4738 Howard Avenue
Western Springs, IL 60558
Telephone: 708.246.6565
Facsimile: 708.246.7878
cfvihon@cs.com

March 19, 2004

**VIA FEDERAL EXPRESS**

Tony Anastas, Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

      Re:   *In re The McCabe Group*, Civil Action No. 04-10442-RCL

Mr. Anastas:

Enclosed please find one original and two copies of:

      Appellant's Opening Brief; and
      Notice of Filing and Certificate of Service.

Please file it appropriately.

Also, I have enclosed a stamped, self-addressed enveloped for return of a file-stamped copy.

Thank you for your consideration.

                                          Sincerely,

                                          Charles F. Vihon

Encl.