```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

IN RE: THE McCABE GROUP
              Debtor
                              CIVIL ACTION NO.04-10442-**RCL**

LINDSAY, D.J.

## JUDGMENT OF DISMISSAL

In accordance with the Memorandum and Order on the Appeal of the Meglon Domestic Non-Grantor Trust from an Order of the Bankruptcy Court dated **November 23, 2004**; it is hereby ORDERED:

CASE DISMISSED.

                                        By the Court,

                                        /s/ Lisa M. Hourihan
                                        _____
                                        Deputy Clerk

November 23, 2004